**In the Matter of the Application for the DISCIPLINE OF Ernest E. CUTTING, an Attorney at Law of the State of Minnesota.**

### No. C8–87–819.

Supreme Court of Minnesota.

Nov. 18, 1987.

### ORDER

WHEREAS, on September 27, 1987, this Court suspended Ernest E. Cutting from the practice of law for a period of 30 days, and

WHEREAS, Ernest E. Cutting has filed with this Court an affidavit stating that he has, as of this date, fully complied with the terms of the Court's suspension order, and

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed with this Court an affidavit certifying that he is currently in compliance with the terms of the suspension order,

THEREFORE, IT IS ORDERED, Ernest E. Cutting is reinstated to the practice of law in the State of Minnesota effective October 27, 1987.